## A91A0490. HARRIS v. THE STATE.
(417 SE2d 223)

POPE, Judge.

Our judgment in this case at 200 Ga. App. 841 (410 SE2d 123) (1991) has been reversed by the Georgia Supreme Court on certiorari. *Harris v. State*, 261 Ga. 859 (413 SE2d 439) (1992). Accordingly, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court. The judgment of the trial court is reversed.

*Judgment reversed. Sognier, C. J., McMurray, P. J., Birdsong, P. J., Carley, P. J., Beasley, Cooper, Andrews and Johnson, JJ., concur.*

DECIDED MARCH 11, 1992.

*John O. Ellis, Jr.*, for appellant.
*Robert E. Wilson, District Attorney, Thomas S. Clegg, Michael D. Thorpe, Assistant District Attorneys*, for appellee.